**2013–1984.  Cincinnati Bar Assn. v. Damon.**
This cause is scheduled for oral argument on Tuesday, April 8, 2014.

Upon consideration of respondent's motion for continuance of oral argument, it is ordered by the court that the motion is granted. The oral argument will be rescheduled at a later date.

**2014–0502.  State v. Brown.**
Hamilton App. No. C–130120. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the court of appeals' decision, it is ordered by the court that appellee shall file a response, if any, to the motion for stay no later than Friday, April 4, 2014.

**2014–0503.  State v. Washington.**
Hamilton App. No. C–130213. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the court of appeals' judgment, it is ordered by the court that appellee shall file a response, if any, to the motion for stay no later than Friday, April 4, 2014.

## MISCELLANEOUS DISMISSALS

**2013–1455.  State ex rel. Strayer v. Franklin Cty. Commrs.**
Franklin App. No. 12AP–855, 2013-Ohio-3601. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.